# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Thurman Ross | ) | Case No: 12 C 276 |
| v. | ) | Judge: John W. Darrah |
| Career Education Corp. et al | ) | |

## ORDER

Plaintiffs' unopposed motion for preliminary approval of class action settlement is granted [110]. Enter order. Status hearing/settlement hearing is set for 4/3/14 at 10:00 a.m.

Date: 11/6/13                                /s/ Judge John W. Darrah

U.S. DISTRICT COURT CLERK
2013 OCT 31 AM 7:56
RCVD FOR DOCKETING