IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Amy Cook | ) | Case No: 11 C 9119 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Gary E. McCullough et al | ) | |
| | ) | |
| | ) | |

## ORDER

The clerk is directed to remove pages 7 through 50 of the preliminary approval and scheduling order titled "Notice of proposed settlement of class action exhibit A - 1 (Amended 10/30/13), document #80 and place it on the related case, 12 C 276, Ross v. Career Education Corporation et al, document #113, forthwith.

Date: 11/7/13 /s/ Judge John W. Darrah