**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THURMAN ROSS, by and on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>CAREER EDUCATION CORPORATION, GARY E. McCULLOUGH, and MICHAEL J. GRAHAM,<br><br>          Defendants. | Civil Action No. 12 C 276<br><br>Hon. John W. Darrah |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT
PROCEEDS AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
Christine M. Mackintosh
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Facsimile  (302) 622-7100
*Co-Lead Counsel for Lead Plaintiffs
and Counsel for Thurman Ross*

Joseph F. Rice
James M. Hughes
David P. Abel
Meghan S. B. Oliver
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
*Co-Lead Counsel for Lead Plaintiffs*

Paul E. Slater (ARDC 2630567)
**SPERLING & SLATER, P.C.**
55 West Monroe Street
Suite 3200
Chicago, IL  60603
Telephone:  (312) 641-3200
Facsimile:  (312) 641-6492
*Liaison Counsel for Lead Plaintiffs
and Counsel for Thurman Ross*

James E. Barz (ARDC 6255605)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  (312) 674-4673
Facsimile:  (312) 674-4676
*Additional Counsel for Plaintiffs*

Co-Lead Plaintiffs KBC Asset Management NV, the Oklahoma Police Pension & Retirement System, and the Oklahoma Law Enforcement Retirement System, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court to enter orders and/or judgments: (1) granting final approval of the settlement in the above-captioned litigation; (2) approving the Plan of Distribution of settlement proceeds; and (3) awarding attorneys' fees and expenses to Lead Counsel. This motion is based on the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds, the Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Stipulation of Settlement dated October 25, 2013, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

| | |
|---|---|
| Dated: March 17, 2014 | Respectfully submitted, |
| | */s/ Paul E. Slater* |
| Jay W. Eisenhofer | Paul E. Slater (ARDC 2630567) |
| Geoffrey C. Jarvis | **SPERLING & SLATER, P.C.** |
| Jeff A. Almeida | 55 West Monroe Street |
| Christine M. Mackintosh | Suite 3200 |
| **GRANT & EISENHOFER P.A.** | Chicago, IL  60603 |
| 123 Justison Street | Telephone:  (312) 641-3200 |
| Wilmington, DE  19801 | Facsimile:   (312) 641-6492 |
| Telephone:  (302) 622-7000 | *Liaison Counsel for Lead Plaintiffs* |
| Facsimile    (302) 622-7100 | *and Counsel for Thurman Ross* |
| *Co-Lead Counsel for Lead Plaintiffs* | |
| *and Counsel for Thurman Ross* | |
| | |
| Joseph F. Rice | James E. Barz (ARDC 6255605) |
| James M. Hughes | **ROBBINS GELLER RUDMAN** |
| David P. Abel | **  & DOWD LLP** |
| Meghan S. B. Oliver | 200 South Wacker Drive, 31st Floor |
| **MOTLEY RICE LLC** | Chicago, IL  60606 |
| 28 Bridgeside Blvd. | Telephone:  (312) 674-4673 |
| Mt. Pleasant, SC  29464 | Facsimile:   (312) 674-4676 |

2

Telephone: (843) 216-9000  *Additional Counsel for Plaintiffs*
Facsimile: (843) 216-9450
*Co-Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Scott F. Hessell, hereby certify that on March 17, 2014, I caused a true and correct copy of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds and Award of Attorneys' Fees and Expenses to be filed and served via the Court's Electronic Case Filing (ECF) system, with electronic notice sent to all registered users of the ECF system.

*s/ Scott F. Hessell*
Scott F. Hessell