

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Thurman Ross | ) | Case No: 12 C 276 |
| v. | ) | Judge: John W. Darrah |
| Career Education Corp. et al | ) | |

### ORDER

Ruling on motion hearing and final approval hearing for the class action settlement hearing held. Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds and Award of Attorneys' Fees and Expenses is granted [116]. Enter amended final judgment and order of dismissal with prejudice. Civil case closed. Lead plaintiffs shall submit a proposed order for fees for the Court's approval and signature.

(T:) 00:10

Date: 4/16/14                                               /s/ Judge John W. Darrah

