### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Thurman Ross | ) | Case No: 12 C 276 |
| v. | ) | Judge: John W. Darrah |
| Career Education Corp. et al | ) | |

### ORDER

Enter order awarding attorneys' fees and expenses. Enter order approving plan of distribution of settlement proceeds.

Date: 5/1/14                                                            /s/ Judge John W. Darrah