**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THURMAN ROSS, by and on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>CAREER EDUCATION CORPORATION, GARY E. McCULLOUGH, and MICHAEL J. GRAHAM,<br><br>          Defendants. | Civil Action No. 12 C 276<br><br>Hon. John W. Darrah |

**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES**

THIS MATTER having come before the Court on the motion of Lead Plaintiffs for an award of attorneys' fees and expenses; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of the Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Fund and expenses of $416,756.72, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated among Lead Plaintiffs' counsel by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Litigation.

2. The Court further finds that the amount of fees awarded is fair and reasonable considering, among other things that:

(a) the requested fee is consistent with percentage fees negotiated *ex ante* in the private market for legal services;

(b) the contingent nature of the Action favors a fee award of 30%, in accord with Seventh Circuit authority, which is more than the fee requested (and here awarded) of 25%;

(c) the Settlement Fund of $27.5 million was not likely at the outset of the Action;

(d) the quality legal services provided by Lead Counsel produced the settlement;

(e) the Lead Plaintiffs appointed by the Court to represent the Class reviewed and approved the requested fee;

(f) the stakes of the litigation favor the fee awarded; and,

(g) no absent Class Members objected to the fee award.

IT IS SO ORDERED.

DATED: 5/1/14

_____
THE HONORABLE JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE

2